IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

UNITED STATES OF AMERICA

vs.                                        Criminal No. 5:03-cr-20Brs-001

THAMES MOTOR COMPANY, INC.

ORDER REMITTING FINE

   This Cause came for consideration on Petition of the U.S. Probation Office at the recommendation of the U.S. Attorney's Office Financial Litigation Unit to remit the unpaid fine of $50,000 ordered in the above styled matter on October 28, 2003. This Court is of the opinion the petition is well taken, and any future financial payments secured from Thames Motor Company should be applied to the restitution balance; therefore, the entire fine, imposed October 28, 2003, is hereby remitted.

   So ordered this the   8th   day of   January  , 2007.


                                    s/ David Bramlette
                                   David Bramlette
                                   Senior U.S. District Court Judge